## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

ANGELA DUTTON                                                                        PLAINTIFF

v.                                          CASE NO.  5:21-CV-5062

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                                       DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 18) from United States Magistrate Judge Barry A. Bryant.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this January 26, 2022.


/s/ P. K. Holmes III

P. K. HOLMES III
U.S. DISTRICT JUDGE